#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DesignwarePro, LLC, a Colorado limited liability company,<br><br>   Petitioner,<br><br>  v.<br><br>Retail Pro Software Pty Ltd dba Smartpad Pro and Quoterite, a foreign limited company,<br><br>   Respondent. | Case No. 24-cv-02983 |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

  Petitioner DesignwarePro, LLC ("DesignwarePro" or "Petitioner"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 55(b), hereby moves for default judgment against Respondent Retail Pro Software Pty Ltd ("Retail Pro" or "Respondent"). In support of its motion, Petitioner states as follows:

  1. On October 21, 2024, Petitioner filed a Petition to Confirm Arbitration Award and Enter Judgment Thereon (the "Petition") with this Court. (ECF No. 1.)

  2. A true copy of the Petition was served upon Retail Pro, c/o its registered agent authorized by appointment to receive service, on October 28, 2024. (ECF No. 5, Proof of Service.)

  3. Respondent has failed to appear, plead, or otherwise oppose Petitioner's Petition.

  4. The Clerk entered Default against Respondent on January 7, 2025. (ECF No. 7.)

  5. The Petition, and the sworn declaration and memorandum of points and authorities accompanying this motion, establish that the Petition complies with the Federal Arbitration Act, that this Court has subject matter jurisdiction to confirm the arbitration award, and that venue is proper in this Court.

6.      The Petition establishes the relief to be awarded to Petitioner based upon the Final Award.  A proposed judgment comporting therewith is filed with the Petition as ECF 4-8.

WHEREFORE, Petitioner respectfully moves for entry of an order entering a judgment by default against Retail Pro in the form of the proposed judgment submitted with the Petition (ECF 4-8, Proposed Judgment).

Dated:  January 8, 2025

                                                          Respectfully submitted,

*/s/ James L. Bikoff*

James L. Bikoff
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W.
Suite 400
Washington, DC 20007
(202) 263-4341
jbikoff@sgrlaw.com

*Attorneys for Petitioner DesignwarePro, LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Motion for Default Judgment will be served concurrently with this filing on Retail Pro Software Pty Ltd. c/o its registered agent authorized by appointment to receive service, and by FedEx to its last known addresses at (i) 4 Arwon Court, Londsdale, Adelaide, South Australia and (ii) 20 Kandra Road Sheidow Park, Adalaide, AU 5158 AU.

Dated: January 8, 2025

*James L. Bikoff*
James L. Bikoff