## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DesignwarePro, LLC, a Colorado limited liability company,<br><br>    Petitioner,<br><br>  v.<br><br>Retail Pro Software Pty Ltd dba Smartpad Pro and Quoterite, a foreign limited company,<br><br>    Respondent. | Case No. 24-cv-02983 |

## **DECLARATION OF JAMES L. BIKOFF**

  JAMES L. BIKOFF under penalty of perjury pursuant to 28 U.S.C. § 1746, declares that the following is true and correct:

  1. I am counsel to Petitioner DesignwarePro, LLC ("DesignwarePro" or "Petitioner"). I make this affidavit based on my own personal knowledge and understanding of the matters set forth below.

  2. **Exhibit 1** hereto is a true and correct copy of the Petitioner's Petition to Confirm Arbitration Award and Enter Judgment Thereon (the "Petition") filed with this Court on October 21, 2024, as ECF No. 4.

  3. Annexed to the Petition is the Certification of Jennifer House (ECF 4-2), chief executive officer of Petitioner, attaching true and correct copies of the May 24, 2024 Final Award issued by the JAMS panel selected to resolve the dispute between Petitioner and Respondent Retail Pro Software Pty Ltd. ("Retail Pro" or "Respondent"), and the JAMS Final Reconciliation. (Exhibits 1 and 5 to Petition, respectively).

4. Also annexed to the Petition is a true and correct copy of the subject license agreement (the "License Agreement") containing the parties' agreement to arbitrate (¶ 27(b)) and agreement that this Court has jurisdiction over this proceeding to confirm the award (¶ 27(e)). Paragraph 27(e) of the License Agreement provides:

> The **exclusive jurisdiction and venue** of any action with respect to the subject matter of this Agreement shall be the District of Columbia Superior Court or **the United States District Court for the District of Columbia** and each of the parties hereto submits itself to the exclusive jurisdiction and venue of such courts for the purpose of any such action.

(Petition at Ex. 2 thereto [ECF 4-4], License Agreement, ¶ 27(e); emphasis added.)

5. Respondent Retail Pro is an Australian limited company with a principal place of business at 4 Arwon Court, Londsdale, Adelaide, South Australia. (Petition ¶ 4; License Agreement at 1.) Retail Pro registered as a foreign corporation with the State of Texas and identified its Texas statutory agent for service of process as Texan Registered Agent LLC with an address of 500 Balcones Drive, Ste 100, Austin, TX 78731. (*Id.* ¶ 5.)

6. **Exhibit 2** hereto is a Proof of Service verifying that a true copy of the Petition was served upon Retail Pro, c/o its registered agent authorized by appointment to receive service, on October 28, 2024. (ECF No. 5.)

7. Respondent has failed to appear, plead, or otherwise oppose Petitioner's Petition.

8. The Clerk entered Default against Respondent on January 7, 2025. (ECF No. 7.)

9. The Petition establishes the relief to be awarded to Petitioner based upon the Final Award. A proposed judgment is filed with the Petition as ECF 4-8, submitted here as **Exhibit 3**.

**WHEREFORE**, Petitioner respectfully moves for entry of judgment by default against Retail Pro in the form proposed with the Petition (ECF 4-8, Exhibit 3 hereto).

Dated:  January 8, 2025

                                                                       */s/ James L. Bikoff*
                                                                       JAMES L. BIKOFF

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Motion for Default Judgment will be served concurrently with this filing on Retail Pro Software Pty Ltd. c/o its registered agent authorized by appointment to receive service, and by FedEx to its last known addresses at (i) 4 Arwon Court, Londsdale, Adelaide, South Australia and (ii) 20 Kandra Road Sheidow Park, Adalaide, AU 5158 AU.

Dated: January 8, 2025

*James L. Bikoff*
James L. Bikoff