UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------X
DesignwarePro, LLC,

        Plaintiff(s),

   -against-

Retail Pro Software Pty Ltd dba,
Smartpad Pro and Quoterite,

        Defendant(s).
-------------------------------------------------X

Case No. 1:24-cv-02983

PROOF OF SERVICE

      TREVOR DYLAN ARNOLD, declare under penalty of perjury and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 28th day of October, 2024, at approximately 9:11 AM, deponent served a true copy of the NOTICE OF ELECTRONIC FILING, CIVIL COVER SHEET, PROPOSED ORDER, NOTICE OF ERRATA, PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT THEREON upon Retail Pro Software Pty Ltd dba Smartpad Pro and Quoterite c/o Texan Registered Agent LLC at 5900 Balcones, Ste 100, Austin, TX 78731, by personally delivering and leaving the same with Tina Johnson, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Tina Johnson is a white female, approximately 30 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 140 pounds with brown dreadlocked hair and glasses.

_____
TREVOR DYLAN ARNOLD   PSC#18879
Process Server
Dated: October 28, 2024