James Bikoff (Bar ID: 209023)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, NW
Suite 400
Washington, DC 20007
Telephone: (202) 263-4300
jbikoff@sgrlaw.com
*Attorneys for Petitioner, DesignwarePro, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DesignwarePro, LLC, a Colorado limited liability company, 5298 Heatherglen Dr. Highlands Ranch, Colorado 80130<br><br>Petitioner,<br><br>v.<br><br>Retail Pro Software Pty Ltd dba Smartpad Pro and Quoterite, a foreign limited company, 4 Arwon Court Londsdale, Adelaide South Australia<br><br>Respondent. | Case No.<br><br>**[PROPOSED] JUDGMENT** |

The Court, having considered the Petition to Confirm Arbitration Award and Enter Judgment Thereon, and upon good cause appearing,

IT IS HEREBY ORDERED adopting the May 27, 2024 Final Award entered in the arbitration proceeding between Petitioner DesignwarePro, LLC and Respondent Retail Pro Software Pty Ltd dba Smartpad Pro and Quoterite, in consolidated JAMS Ref Nos. 32655, 32916, and 32917 (the "Final Award").

IT IS FURTHER ORDERED that Judgment is hereby entered in favor of Petitioner DesignwarePro, LLC and against Respondent Retail Pro Software Pty Ltd as follows:

1. An award of damages in the amount of $_____, along with prejudgment interest in the amount of $_____;

2. An award of attorney fees and costs of arbitration in the amount of $621,763.31;

3. Interest accruing on the total amounts due and owing at the statutory rate permitted by the District of Columbia from the date of this Judgment until paid in full;

4. An accounting from Respondent of all sales of its SmartPad Pro and Quoterite software (or any other software sold by Respondent incorporating Petitioner's Windowware Pro software) from June 26, 2023 to the date of this Judgment;

5. A permanent injunction prohibiting Respondent or any successor-in-interest from selling the subject software, SmartPad Pro, Quoterite, or any other software incorporating Petitioner's Windowware Pro software, in the United States or in any other location outside the Licensed Territories of Australia, New Zealand, Sri Lanka through Malaysia, Philippines, Singapore, Indonesia, Papua New Guinea, Solomon Island, New Caledonia as well as all areas that are South of mainland Asia;

6. An award of attorney fees and costs incurred in this Court;

IT IS FURTHER ORDERED that the Court will retain jurisdiction over this action, and permit any discovery that may be proper to aid in the enforcement of the judgments pursuant to Rule 69 of the Federal Rules of Civil Procedure.

Date: October ___, 2024     **SO ORDERED.**

_____
U.S. District Court Judge